Name: LIJIAN JIE
Address: 9425 VENETIAN WAY
JURUPA VALLEY CA 92509
Phone: 667-866-8964
Fax:

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

James Potter, et al.

            Plaintiff

v.

LIJIAN JIE, et al.

            Defendant(s).

CASE NUMBER:

2:25-cv-01344 MWF(JC)

SETTLEMENT

Defendants Lijian Jie and Yinglong Fan agree to settle this matter by agreeing not to use plaintiffs's trade mark and the register's name at issue in this case in the future.

In return plaintiffs agree to dismiss this case without prejudice.

Date: 06/10/2025

Plaintiff: _____  Defendant: _____
James Potter                Lijian Jie

Plaintiff: _____  Defendant: _____
Yufu Zhu                    Yinglong Fan

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT