Name: LIJIAN JIE

Address: 9425 VENETIAN WAY

JURUPA VALLEY CA 92509

Phone: 667-866-8964

Fax: _____

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| James Potter, et al. | CASE NUMBER: |
|---|---|
| Plaintiff | 2:25-cv-01344 MWF(JC) |
| v. | |
| LIJIAN JIE, et al. | SETTLEMENT |
| Defendant(s). | |

Defendants Lijian Jie and Yinglong Fan agree to settle this matter by agreeing not to use plaintiffs's trade mark and the register's name at issue in this case in the future.

In return plaintiffs agree to dismiss this case without prejudice.

Date: 06/10/2025

Plaintiff: _____
         James Potter

Plaintiff: _____
         Yufu Zhu

Defendant: _____
          Lijian Jie

Defendant: _____
          Yinglong Fan

CV-127 (09/09)            PLEADING PAGE FOR A SUBSEQUENT DOCUMENT



**UNITED STATES POSTAL**

**PRIORITY**®

PRESS FIRMLY TO SEAL



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**P**

$10.10

Origin: 91748
06/20/25
0541950783-7

**PRIORITY MAIL®**

0 Lb 1.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 06/23/25

C058

SHIP
TO:

STE 4311
350 W 1ST ST
LOS ANGELES CA 90012-4565

USPS TRACKING® #



9505 5130 1220 5171 9524 52

OD: 12 1/2 x 9 1/2

tions apply).*

ny international destinations.

is required.

xclusions see the

d limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PAPER
POUCH
how2recycle.info

Lilian Gize
9425 VENETIAN WAY
JURUPA VALLEY CA 92509

TO: FIRST STREET ~~TO:~~ U.S. COURTHOUSE
350 W 1ST ST
STE 4311
LOS ANGELES
CA 90012

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All



# UNITED STATES POSTAL SERVICE ®



# PRIORITY® MAIL

## _AT RATE ENVELOPE

RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

RACKED ■ INSURED



PS0001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.