FILED
CLERK, U.S. DISTRICT COURT

JUN 2 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Name: LIJIAN JIE

Address: 9425 VENETIAN WAY

JURUPA VALLEY CA 92509

Phone: 667-866-8964

Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| James Potter, et al. | CASE NUMBER: |
|---|---|
| Plaintiff | 2:25-cv-01344 MWF(JC) |
| v. | |
| LIJIAN JIE, et al. | SETTLEMENT |
| Defendant(s). | |

Defendants Lijian Jie and Yinglong Fan agree to settle this matter by agreeing not to use plaintiffs's trade mark and the register's name at issue in this case in the future.

In return plaintiffs agree to dismiss this case without prejudice.

Date: 06/10/2025

Plaintiff: _____          Defendant: _____
James Potter                                    Lijian Jie

Plaintiff: _____          Defendant: _____
Yufu Zhu                                         Yinglong Fan

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# PROOF OF SERVICE

I over the age of 18 and not a party to this action. I hereby certify that on June 20, 2025 , I have served the foregoing documents described as:

**SETTLEMENT**

on the interested parties in this acton as follows:

By placing the same in a sealed envelope, with postage paid therein, in a post office or official depository of the Unites States Postal Service addressed to the last-known address of the dedendants of record for the respective parties.

Executed on June 20, 2025 at Los Angeles, California.

I declare under perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____

BEIYING GUO

James Potter
228 N. Garfield Ave #202
Monterey Park CA 91754



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 25 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Retail

S.
2





90012

RDC 99

U.S. POSTAGE
FCM LETTER
DIAMOND BAR, CA 91765
JUN 23, 2025

$0.73

S2324Y502077-4

Clerk's office
Central District of California
225 East Temple Street, Room 180
Los Angeles CA 90012

9001283801 C017

